**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30129 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00112-ALH |
| v. | |
| EDWIN RANDAL COSTON, a.k.a. Allah Allah, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Ancer L. Haggerty, District Judge, Presiding[**]

Submitted October 14, 2015[***]

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Edwin Randal Coston, a.k.a. Allah, appeals from the district court's

judgment and challenges his jury-trial conviction and 41-month sentence for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Ancer L. Haggerty, Senior United States District Judge for the District of Oregon, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

mailing a threatening communication, in violation of 18 U.S.C. § 876(c).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Coston's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Coston has submitted several pro se filings contesting the jurisdiction of the district court and this court, and seeking to void the judgment against him and obtain immediate release as well as compensation.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

All other pending motions are **DENIED.**

**AFFIRMED.**